Present: Carrico, C.J., Compton, Stephenson,[*] Lacy, Hassell, Keenan, and Koontz, JJ.

DONNA FOSTER-ZAHID

PER CURIAM

v. Record No. 962512                    September 12, 1997

COMMONWEALTH OF VIRGINIA

FROM THE COURT OF APPEALS OF VIRGINIA

In this case, we awarded appellant an appeal from the judgment of the Court of Appeals holding that the trial court did not err in ruling (1) that the trial court had jurisdiction to try appellant for violation of Code § 18.2-49.1(A), and (2) that Fairfax County was the proper venue in which to prosecute the appellant for that violation. Foster-Zahid v. Commonwealth, 23 Va. App. 430, 477 S.E.2d 759 (1996).

We have considered these questions, and for the reasons stated in the opinion of the Court of Appeals, we will affirm the judgment below.

Affirmed.

---

[*] Justice Stephenson participated in the hearing and decision of this case prior to the effective date of his retirement on July 1, 1997.